```
PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | Case No. 09-40551 RE |
| **CHRISTOPHER ALLEN COOK and LARA RUTH COOK** | Chapter 13 |
| Debtors. / | **REQUEST FOR ENTRY OF ORDER BY DEFAULT** |

Debtors, CHRISTOPHER ALLEN COOK and LARA RUTH COOK, ("Debtors") hereby request the court enter an Order Modifying Plan.

1. This request is based on the Amended Motion to Modify Plan & Declaration of Debtor in Support of the Motion filed and served on April 5, 2012.

2. More than twenty-one (21) days have elapsed since such service, and no objection or request for a hearing has been filed and served.

Based on the foregoing, Debtors pray that:

1. The court will enter an Order Modifying Plan by default.

```
Dated: April 27, 2012        /s/ Patrick L. Forte_____
                             PATRICK L. FORTE
                             Attorney for Debtors
```