# United States Bankruptcy Court

Northern District of California, Oakland Division

In re Christopher Cook ,                    Case No. 09-40551

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Resurgent Capital Services | BANK OF AMERICA MORTGAGE |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
**Resurgent Capital Services**

P.O. Box 10675
Greenville, SC 29603

Phone: (800)365-7107
Last Four Digits of Acct #: 9384

Court Claim # (if known): 1
Amount of Claim: $ 298,489.62
Date Claim Filed: 2/10/2009

Phone: ( ) -
Last Four Digits of Acct #: 8734

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #: 9384

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Cynthia Morrow                    Date: 6/21/2012
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.